# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-1400
_____

JACK HOOVER SKIDMORE, JR.,

    Appellant,

    v.

RICOH USA, INC., and
BROADSPIRE SERVICES, INC.,

    Appellees.

_____


On appeal from an order of the Office of the Judges of
Compensation Claims.
Margaret Sojourner, Judge of Compensation Claims.

Date of Accident: February 28, 2019.

May 16, 2024


PER CURIAM.

    AFFIRMED.

ROWE, KELSEY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bradley G. Smith and Nicolette E. Tsambis of Smith, Feddeler, Smith, P.A., Lakeland, for Appellant.

Bryan Lowe and Jessica Conner of Dean, Ringers, Morgan & Lawton, P.A., Orlando, for Appellees.